## A09A1271. LING v. THE STATE.
(705 SE2d 726)

DOYLE, Judge.

In *Ling v. State*,[1] the Supreme Court reversed this Court's opinion in *Ling v. State*.[2]

Accordingly, our judgment in this case is vacated, the judgment of the Supreme Court is made the judgment of this court, the trial court's order denying Ling's motion for new trial is vacated, and this case is remanded for further proceedings consistent with this opinion.

*Judgment vacated and case remanded. Adams and Blackwell, JJ., concur.*

DECIDED JANUARY 26, 2011.

*J. Scott Key*, for appellant.
*Scott L. Ballard*, District Attorney, *Robert W. Smith, Jr.*, Assistant District Attorney, for appellee.

---

[1] 288 Ga. 299 (702 SE2d 881) (2010).
[2] 300 Ga. App. 726 (686 SE2d 356) (2009).